[No. 10888-1-III.   Division Three.   May 14, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. SHAWN ANTHONY LOCATI, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-1-00186-1, Yancey Reser, J., entered May 29, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11513-5-III.   Division Three.   May 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAWRENCE RODRIGUES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-1-00308-3, Yancey Reser, J., entered February 25, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 26036-7-I.   Division One.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KERRY EUGENE PETTYJOHN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-02862-6, James D. McCutcheon, Jr., J., entered April 11, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Pekelis, JJ.